## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL TIEMANN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:21CV416 JCH |
| | ) | |
| CITY OF ST. CHARLES, MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF REMAND

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this matter is **REMANDED** to the Circuit Court of St. Charles County, State of Missouri.

Dated this 26th Day of April, 2021.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE